No. 77–84. SMITH ET AL. v. BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA ET AL. Affirmed on appeal from D. C. W. D. N. C. MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, and MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 77–250. AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE ET AL. v. BLANTON, GOVERNOR OF TENNESSEE, ET AL. Affirmed on appeal from D. C. M. D. Tenn. MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, and MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 76–1258. TERRITO ET AL. v. POCHE ET AL. Appeal from Sup. Ct. La. dismissed for want of jurisdiction.

No. 76–1340. BONNER v. BLUMENTHAL, SECRETARY OF THE TREASURY, ET AL. Appeal from D. C. D. C. dismissed for want of jurisdiction.

No. 76–1488. JACOBSON v. CITY OF TUCSON ET AL. Appeal from Sup. Ct. Ariz. dismissed for want of substantial federal question.

No. 76–1566. COMLY v. LOWER SOUTHAMPTON TOWNSHIP. Appeal from Commw. Ct. Pa. dismissed for want of substantial federal question.

No. 76–1674. STEPHENSON ET AL. v. DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES OF FLORIDA. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 76–1714. ROSENTHAL v. NEVADA ET AL. Appeal from Sup. Ct. Nev. dismissed for want of substantial federal question.